**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLENN FENNELL,<br><br>　　　　Defendant. | Case No. 2:20-cr-00083-JCM-DJA<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation of pretrial release hearing currently scheduled for Wednesday, September 1, 2021 at 2:30 p.m., be vacated and continued to September 7, 2021 at 10:00 am in LV Courtroom 3D before LV Magistrate Judge Cam Ferenbach.

　　　DATED this 1st day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE