RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Glenn Fennell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GLENN FENNELL,<br><br>    Defendant. | Case No. 2:20-cr-00083-JCM-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Glenn Fennell, that the Revocation Hearing currently scheduled on January 6, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

  This Stipulation is entered into for the following reasons:

  1.  Defense counsel needs additional time to review a proposed resolution with the client and gather mitigating evidence on his behalf.

  2.  The defendant is in custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 5th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By /s/ *Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>     v.<br><br>GLENN FENNELL,<br><br>      Defendant. | Case No. 2:20-cr-00083-JCM-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, January 6, 2023 at 10:30 a.m., be vacated and continued to **May 10, 2023, at 10:00 a.m.**; or to a time and date convenient to the court.

DATED January 6, 2023.

_____
UNITED STATES DISTRICT JUDGE

3