RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Glenn Fennell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>GLENN FENNELL,<br><br>            Defendant. | Case No. 2:20-cr-00083-JCM-DJA<br><br>**STIPULATION TO ADVANCE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Glenn Fennell, that the Revocation Hearing currently scheduled on May 10, 2023, be advanced to late March or early April.

This Stipulation is entered into for the following reasons:

1. The parties have a proposed resolution in the case. Due to the defense's anticipated sentencing position, Mr. Fennell would like to advance the currently scheduled hearing.

2. The defendant is in custody and agrees with advancing the hearing.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of February, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender | By */s/ Edward G. Veronda*<br>EDWARD G. VERONDA<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GLENN FENNELL,<br><br>        Defendant. | Case No. 2:20-cr-00083-JCM-DJA<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, May 10, 2023 at 10:00 a.m., be vacated and advanced to **March 29, 2023, at 11:00 a.m.**; or to a time and date convenient to the court.

    DATED March 1, 2023.

_____
UNITED STATES DISTRICT JUDGE